# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADAM MICHAEL TOMAINE,** : | |
|    Petitioner : | |
| : | No. 1:20-cv-1742 |
| v. : | |
| : | (Judge Rambo) |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 28th day of October 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                s/ Sylvia H. Rambo
                                                United States District Judge